Paul R. Kiesel, State Bar No. 119854
  kiesel@kiesel.law
Mariana McConnell, State Bar No. 273225
  mcconnell@kiesel.law
Nicole F. DeVanon, State Bar No. 284551
  devanon@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

David S. Ratner, State Bar No. 316267
  david@ratnermolineaux.com
Shelley A. Molineaux, State Bar No. 277884
  shelley@ratnermolineaux.com
**RATNER MOLINEAUX, LLP**
1990 N. California Blvd, Suite 20
Walnut Creek, CA 94596
Tel:   925-239-0899
Fax:  925-468-2608

Attorneys for Plaintiff Robin Watkins, and Plaintiff Adam Sensney on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WATKINS, an individual, and ADAM SENSNEY, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation,<br><br>        Defendant. | **Case No.**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiffs Robin Watkins, Adam Sensney, and all others similarly situated, and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15: Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: 1/26/2021            **KIESEL LAW LLP**

                            By: _____
                                Paul R. Kiesel
                                Mariana A. McConnell
                                Nicole F. DeVanon
                                *Attorneys for Plaintiffs*

DATED: 1/26/2021            **RATNER MOLINEAUX, LLP**

                            By: _____
                                Shelley A. Molineaux
                                *Attorney for Plaintiffs*