Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Mariana McConnell, State Bar No. 273225
  *mcconnell@kiesel.law*
Nicole F. DeVanon, State Bar No. 284551
  *devanon@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:    310-854-4444
Fax:    310-854-0812

David S. Ratner, State Bar No. 316267
  *david@ratnermolineaux.com*
Shelley A. Molineaux, State Bar No. 277884
  *shelley@ratnermolineaux.com*
**RATNER MOLINEAUX, LLP**
1990 N. California Blvd, Suite 20
Walnut Creek, CA 94596
Tel:    925-239-0899
Fax:    925-468-2608

Attorneys for Plaintiff Robin Watkins, and
Plaintiff Adam Sensney on behalf of
themselves and all others similarly situated,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WATKINS, an individual, and ADAM SENSNEY, an individual, on behalf of themselves and all others similarly situated, | **Case No.** <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ROBIN WATKINS PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |
| Plaintiff, | |
| v. | |
| MGA ENTERTAINMENT, INC., a California Corporation, | |
| Defendant. | |

DECLARATION OF ROBIN
WATKINS PURSUANT TO
CALIFORNIA CIVIL CODE SECTION
1780(d)

Doc ID: cbc62582729bf2a07320266770a44ded9f4bb38a

I, ROBIN WATKINS, declare:

1.      I am a named Plaintiff in this action. The following is based upon my personal knowledge and if called upon as a witness to testify in this matter, I could and would testify competently thereto.

2.      I make this Declaration pursuant to California Civil Code section 1780(d) so as to state facts showing that this action has been commenced in the proper county for the trial of this action.

3.      On or about December 4, 2019, my mother purchased a new L.O.L. Surprise! 2-in-1 Glamper Fashion Camper, the toy at issue in this action, online through Amazon. The toy was shipped to my home in Walnut Creek, California, and the toy injured my daughter in Walnut Creek, California.

4.      I am informed and believe, based upon my counsel's investigation into this matter and my own personal experience, that this action has been commenced in the proper judicial district because Defendant at all relevant times has transacted substantial business throughout the Northern District of California, including the sale of the toys that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __24__ day of January 2021, at __Walnut Creek__, California.


ROBIN WATKINS

1                           DECLARATION OF ROBIN
                            WATKINS PURSUANT TO
                            CALIFORNIA CIVIL CODE SECTION
                            1780(d)