1  Paul R. Kiesel, State Bar No. 119854
   *kiesel@kiesel.law*
2  Mariana McConnell, State Bar No. 273225
   *mcconnell@kiesel.law*
3  Nicole F. DeVanon, State Bar No. 284551
   *devanon@kiesel.law*
4  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
5  Beverly Hills, California 90211-2910
   Tel:    310-854-4444
6  Fax:   310-854-0812

7  David S. Ratner, State Bar No. 316267
   *david@ratnermolineaux.com*
8  Shelley A. Molineaux, State Bar No. 277884
   *shelley@ratnermolineaux.com*
9  **RATNER MOLINEAUX, LLP**
10 1990 N. California Blvd, Suite 20
   Walnut Creek, CA 94596
11 Tel:    925-239-0899
   Fax:   925-468-2608
12
13 Attorneys for Plaintiff Robin Watkins, and Plaintiff Adam Sensney on behalf of themselves and all others similarly situated
14

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WATKINS, an individual, and ADAM SENSNEY, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California Corporation, <br><br> Defendant. | Case No. <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ADAM SENSNEY PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, ADAM SENSNEY, declare:

1. I am a named Plaintiff in this action. The following is based upon my personal knowledge and if called upon as a witness to testify in this matter, I could and would testify competently thereto.

2. I make this Declaration pursuant to California Civil Code section 1780(d) so as to state facts showing that this action has been commenced in the proper county for the trial of this action.

3. On or about December 2019, I received a new L.O.L. Surprise! 2-in-1 Glamper Fashion Camper, the toy at issue in this action, which my mother in law purchased online. The toy was shipped to my home in Walnut Creek, California. The toy is in my home in Walnut Creek, California.

4. I am informed and believe, based upon my counsel's investigation into this matter and my own personal experience, that this action has been commenced in the proper judicial district because Defendant at all relevant times has transacted substantial business throughout the Northern District of California, including the sale of the toys that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __24__ day of January 2021, at __Walnut Creek__, California.

_____
ADAM SENSNEY

1   DECLARATION OF ADAM SENSNEY
PURSUANT TO CALIFORNIA CIVIL
CODE SECTION 1780(d)