Paul R. Kiesel, SBN 119854
kiesel@kiesel.law
Mariana McConnell, SBN 273225
mcconnell@kiesel.law
Nicole F. DeVanon, SBN 284551
devanon@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310.854.4444 | Fax: 310.854.0812

Attorneys for Plaintiffs

Frank P. Kelly, SBN 083473
fkelly@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, CA 94104
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendant
MGA Entertainment, Inc.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBIN WATKINS, an individual, and ADAM SENSNEY, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation,<br><br>Defendant. | Case No. 3:21-00617-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a) of the Northern District of California, the Parties in the above-entitled action hereby stipulate that Defendant MGA Entertainment, Inc.'s deadline to respond to Plaintiffs' Complaint is continued from February 19, 2021 to March 17, 2021. |

IT IS SO STIPULATED.

Dated: February 17, 2021               Respectfully submitted
                                       KIESEL LAW LLP

                                       By:    /s/ Mariana McConnell
                                              Mariana McConnell, SBN 273225

                                       Paul R. Kiesel, SBN 119854
                                       kiesel@kiesel.law
                                       Nicole F. DeVanon, SBN 284551
                                       devanon@kiesel.law
                                       KIESEL LAW LLP
                                       8648 Wilshire Boulevard
                                       Beverly Hills, CA 90211
                                       Tel: 310.854.4444 | Fax: 310.854.0812

                                       David S. Ratner, SBN 316267
                                       david@ratnermolineaux.com
                                       Shelley A. Molineaux, SBN 277884
                                       shelley@ratnermolineaux.com
                                       RATNER MOLINEAUX, LLP
                                       1990 N. California Blvd., Suite 20
                                       Walnut Creek, CA 94596
                                       Tel: 925.239.0899 | Fax: 925.468.2608

                                       Attorneys for Plaintiffs
                                       ROBIN WATKINS and ADAM SENSNEY

Dated: February 17, 2021               SHOOK HARDY & BACON L.L.P.

                                       By:    /s/ Frank P. Kelly
                                              Frank P. Kelly

                                       Attorneys for Defendant
                                       MGA ENTERTAINMENT, INC.

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                       By:    /s/ Frank P. Kelly
                                              Frank P. Kelly

1