Paul R. Kiesel, SBN 119854
kiesel@kiesel.law
Mariana McConnell, SBN 273225
mcconnell@kiesel.law
Nicole F. DeVanon, SBN 284551
devanon@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310.854.4444 | Fax: 310.854.0812

Attorneys for *Plaintiff Robin Watkins and Adam Sensney*

Frank P. Kelly, SBN 083473
fkelly@shb.com
Amir Nassihi, SBN 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94104
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for *Defendant MGA Entertainment, Inc.*

[additional counsel listed in signature block]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROBIN WATKINS, an individual; ADAM SENSNEY, and individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM ENTERTAINMENT, INC., a California Corporation,<br><br>Defendant. | Case No. 3:21-00617-JCS<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Date: June 11, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. Joseph C. Spero<br><br>Complaint Filed: 01/26/2021<br>Trial Date: Not Set |

    Plaintiffs Robin Watkins and Adam Sensney (collectively "Plaintiffs"), and Defendant MGM Entertainment, Inc. ("Defendant"), constituting all the parties appearing in this action, through their undersigned counsel of record, hereby stipulate to the following revision to the motion to dismiss

briefing schedule set forth in their Stipulation.

Plaintiffs requested from Defendant additional time to file their opposition to the Motion to Dismiss. Thereby, the parties stipulate and agree that Plaintiffs' time to oppose Defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(6) is extended to May 11, 2021. The parties further stipulate and agree that Defendant's reply in support of its motion to dismiss shall be due on May 28, 2021.

Parties further agree that there will be no change to the Motion to Dismiss Hearing and Initial Case Management Conference currently set for June 11, 2021.

This stipulation does not alter any other date, or any event or deadline already fixed by Court order or rule.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

**IT IS SO STIPULATED**

                                              KIESEL LAW, LLP

Dated: __05/07/2021_____            /s/ *Marianna McConnell*
                                              Mariana McConnell, Esq.
                                              Paul R. Kiesel, Esq.
                                              Nicole F. DeVanon, Esq.
                                              Attorneys for *Plaintiffs Robin Watkins and Adam Sensney*

                                              RATNER MOLINEAUX, LLP

Dated: __05/07/2021_____          /s/ *David S. Ratner*
                                              David S. Ratner, Esq. - SBN 316267
                                              david@ratnermolineaux.com
                                              Shelley A. Molineaux, Esq. - SBN 277884
                                              shelley@ratnermolineaux.com
                                              RATNER MOLINEAUX, LLP
                                              1990 N. California Blvd, Suite 20
                                              Walnut Creek, CA 94596
                                              Tel: 925.239.0899 | Fax: 925.468.2608
                                              Attorneys for *Plaintiffs Robin Watkins and Adam Sensney*

/ / /

/ / /

/ / /                                [SIGNATURES ON NEXT PAGE]

[SIGNATURES CONTINUED]

SHOOK HARDY & BACON, LLP

Dated:  05/07/2021           /s/ *Amir Nassihi*
Frank P. Kelly, Esq.
Amir Nassihi, Esq.
Attorneys for *Defendant MGM Entertainment, Inc.*

## ORDER

The Court having reviewed the stipulation of the parties and finds good cause to continue the deadlines on the pending Motion to Dismiss.

**IT IS SO ORDERED** that the briefing schedule and upcoming hearings of this action be continued to the following dates:

| | |
|---|---|
| Plaintiffs Robin Watkins and Adam Sensney's Opposition | May 11, 2021 |
| Defendant MGM Entertainment, Inc.'s Reply | May 28, 2021 |
| Hearing on Motion to Dismiss | July 2, 2021 at 9:30 AM by Zoom Webinar ~~No change from June 11, 2021~~ |
| Initial Case Management Conference | July 2, 2021 at 9:30 AM by Zoom Webinar ~~No change from June 11, 2021~~ |
| Case Management Statement | June 25, 2021 |

**IT IS SO ORDERED.**

DATED: May 10, 2021



_____
Hon. Jos[eph C. Spero]
Chief Ma[gistrate Judge]

IT IS SO ORDERED AS MODIFIED

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On **May 7, 2021**, I served true and correct copies of the foregoing document, by posting the document electronically to the EM/ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America, State of California, that the foregoing is true and correct. Executed on **May 7, 2021**, at Walnut Creek, California.

    s/ *Andrea M. Caporale*
    Andrea M. Caporale