UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN WATKINS, et al.,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>MGA ENTERTAINMENT, INC.,<br><br>　　　　Defendant. | Case No.  21-cv-00617-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 41 |

**(  ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X ) Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant MGA Entertainment, Inc.

Dated: December 10, 2021

　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby, Clerk

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Karen L. Hom
　　　　　　　　　　　　　　　　　　　　Deputy Clerk